IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CASE NO.   05-cr-00230-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.   JOHN A. MELENDEZ,**

      Defendant.

---

## ORDER CORRECTING SENTENCE

---

Pursuant to Fed. R. Crim. P. 35(a), the record should be corrected to reflect the Court's intention to impose a sentence of **24** months, to be served concurrently with the 24 year sentence which the defendant is currently serving in the Colorado Department of Corrections.

This correction shall be reflected in the Judgment and Commitment Order to be prepared by the United States Probation Department.

DATED this 19th day of February, 2010.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge